**Order entered October 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00853-CV

## IN THE INTEREST OF S.L.M., A.L.M., AND H.P.M., CHILDREN

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-54002-2014**

## ORDER

Before the Court is court reporter Kathy Bounds' request for a one-week extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than October 15, 2019.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE